1
2
3
4
5

**JS-6**

6                    UNITED STATES DISTRICT COURT

7                    CENTRAL DISTRICT OF CALIFORNIA

8                         WESTERN DIVISION

9

10  JAIME ROMERO,                    )   NO. SACV 07-985 AHM (FFM)
                                     )
11                    Petitioner,    )
                                     )   JUDGMENT
12            v.                     )
                                     )
13  BEN CURRY, (WARDEN-CTF),         )
                                     )
14                    Respondent.    )
                                     )
15  ─────────────────────────────── )

16          Pursuant to the Order Adopting Findings, Conclusions and Recommendations of

17  United States Magistrate Judge,

18          IT IS ADJUDGED that the Petition is dismissed with prejudice.

19
20  DATED: October 26, 2009

21
                                          _____
22
    **JS-6**                                      A. HOWARD MATZ
23                                         United States District Judge

24
25
26
27
28